# United States District Court
## ──── District of Kansas ────

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

      **vs.**
                    **No.**  13-40062-JAR

**FREDERICK L. SANDERS,**
              **Defendant.**

## SEALED INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about the 22nd day of April, 2013, in the District of Kansas, the

defendant,

#### FREDERICK L. SANDERS,

having been convicted of a crime punishable by imprisonment for a term

exceeding one year, to wit:

> on June 15, 2006, defendant was convicted of possession of
> methamphetamine in Shawnee County District Court, case no.
> 05CR1321, a felony offense,

did knowingly possess in and affecting commerce a firearm, to wit: an FMJ,

model D, .45 caliber single-shot derringer pistol, bearing serial number 4518715, in violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(2).

## FORFEITURE ALLEGATION

1.     The allegations contained in Count 1of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant,

## FREDERICK L. SANDERS,

shall forfeit to the United States of America any firearm used in the commission of the offense in Count 1, including, but is not limited to, the FMJ, model D, .45 caliber single-shot derringer pistol, bearing serial number 4518715.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL.**


 May 29, 2013                    s/Foreperson
DATE                            FOREPERSON OF THE GRAND JURY



s/Anthony W. Mattivi, #17082
Assistant United States Attorney
for Barry R. Grissom, #10866
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS   66683
Phone: (785) 295-2850
Fax: (785) 295-2853
barry.grissom@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]

3