# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

Case No: 13-40062-DDC & 15-40020-DDC

FREDERICK L. SANDERS,

*Defendant.*

### ORDER OF DETENTION PENDING HEARING ON
### REVOCATION OF SUPERVISED RELEASE

On August 28, 2018, defendant and his counsel as well as the government's counsel appeared before the court on the Second Amended Petition for Warrant or Summons for Offender Under Supervision. Defendant waived his right to a preliminary hearing. As a result, the court finds that probable cause exists to believe defendant has violated the conditions set forth in the Petition. The government moved for temporary detention and defendant requested continued release. After hearing the proffers and arguments of counsel, the court finds that the defendant has not met his burden of establishing that he will not not pose a danger to any other person or the community. As a result, the court orders that the defendant be temporarily detained and GRANTS government's oral motion for temporary detention. The court found the following:

1. Defendant had repeated positive drug tests from February 5, 2018, through July 27, 2018, for methamphetamine and signed admission of usage forms.

2. The U.S. Probation officer attempted contact with defendant by phone on January 24, 2018, January 30, 2018 and February 1, 2018, and also attempted home contact with defendant, however no contact was made. On February 1, 2018, the U.S. Probation officer left a voicemail for defendant at his residence directing him to report to the U.S. Probation officer, but failed to report as directed. Defendant has failed to make contact with the U.S. Probation officer since December 7, 2017. Defendant also failed to report to the Probation Office on July 11, 2018.

3. Defendant failed to report to MRT on September 25, 2017, December 4, 2017, January 8, 2018, January

15, 2018 and January 22, 2018. Defendant was unsuccessfully discharged from the MRT program on January 23, 2018.

4. Defendant met with the U.S. Probation officer on December 7, 2017 and advised that he was willing to attend substance abuse treatment. Defendant failed to report for counseling appointments on January 23 and 30, 2018. Defendant failed to attend his substance abuse treatment appointment on July 10, 2018. On July 11, 2018, defendant was directed to submit to drug testing. He failed to do so.

5. While residing at a residential re-entry center program, defendant failed to follow the rules of the facility by obtaining a positive drug screen.

6. Defendant was issued a citation for Driving While Suspended on April 28, 2018. On July 17, 2018, the U.S. Probation officer observed defendant driving a motor vehicle.

IT IS ORDERED that a final revocation hearing is set for **September 4, 2018, at 9:00 a.m.** before the Honorable Daniel D. Crabtree at the U.S. Courthouse, Topeka, Kansas. Pending this hearing the defendant shall be held in custody by the United States Marshal Service and produced for the hearing.

Date: 8/28/18                           *s/ Ross A. Walters*
                                        Ross A. Walters
                                        United States Magistrate Judge