AO 245D   (Rev. 02/18 - D/KS 08/18) Judgment in a Criminal Case for Revocations
Sheet 1

# United States District Court
## District of Kansas

UNITED STATES OF AMERICA
v.
Frederick L Sanders

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:   5:13CR40062 - 001
USM Number:   23358-031
Defendant's Attorney:   Jessica Sokoloff

**THE DEFENDANT:**

☒   admitted guilt to violation of condition(s) <u>standard and mandatory</u> of the term of supervision.
☐   was found in violation of condition(s) ___ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of Methamphetamine | 6/4/18 |
| 2 | Use of Methamphetamine | 6/4/18 |

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   7718

Defendant's Year of Birth:   1971

City and State of Defendant's Residence:
Topeka, KS

10/01/2018
Date of Imposition of Judgment

x/ Daniel D. Crabtree
Signature of Judge

Honorable Daniel D. Crabtree, U.S. District Judge
Name & Title of Judge

10/03/2018
Date

AO 245D     (Rev. 02/18 - D/KS 08/18) Judgment in a Criminal Case for Revocations
            Sheet 2 – Imprisonment

Judgment – Page **2** of **2**

DEFENDANT:        Frederick L Sanders
CASE NUMBER:   5:13CR40062 - 001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>14 Months</u>.

To run concurrently with the sentence imposed in U.S. District Court of Kansas case #5:15CR40020 - 001.

☐   The Court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district.

　　☐ at ___ on ___.

　　☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before ___ on ___.

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
　　Deputy U.S. Marshal